AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 13, 2021**

SEAN F. McAVOY, CLERK

GUADALUPE MENDEZ,

*Plaintiff*

v.

ANTONY J. BLINKEN, in his official capacity as Secretary of State,

*Defendant*

Civil Action No.  2:20-cv-00272-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff is declared a citizen of the United States of America and Plaintiff's request for mandamus relief (ECF No. 7) at 2–3 is denied without prejudice.  Judgment is hereby entered in favor of the Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☑ tried by Judge  SALVADOR MENDOZA, JR.  without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date:  10/13/2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates